IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., a Nebraska corporation;<br><br>     Plaintiff,<br><br> vs.<br><br>SUPERVALU INC., a Delaware corporation;<br><br>     Defendant. | **8:16CV465**<br><br>**ORDER RELEASING BOND** |

In light of the court's order granting the Defendant's Motion to Dissolve Temporary Restraining Order [6], the Plaintiff's oral motion to release the $10,000.00 bond filed in the District Court of Madison County, NE is granted.

**IT IS ORDERED that:**

The Clerk's Office for the District Court of Madison County, NE shall return the cash bond in the amount of $10,000.00 to the Plaintiff, Affiliated Foods Midwest Cooperative, Inc.

Dated this 14th day of October, 2016

                BY THE COURT:

                s/ Laurie Smith Camp
                Chief United States District Judge