IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AFFILIATED FOODS MIDWEST COOPERATIVE, INC.,**<br>a Nebraska corporation, | ) ) ) ) | **CASE NO. 8:16CV465** |
| Plaintiff, | ) ) | **AMENDED ORDER** |
| v. | ) ) | |
| **SUPERVALU INC.,**<br>a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| | ) | |
| **BOROWIAK IGA FOODLINER, INC.,** | ) ) | **CASE NO. 8:16CV466** |
| Plaintiff, | ) ) | |
| v. | ) ) | **AMENDED REASSIGNMENT ORDER** |
| **AFFILIATED FOODS MIDWEST COOPERATIVE, INC.,** | ) ) ) | |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 8) filed by the Plaintiff in Case No. 8:16CV466. After a review of the matter, the court finds that the above cases are related as defined under NEGenR 1.4(a)(4)(c)(i). Accordingly, Case No. 8:16CV466, *Borowiak IGA Foodliner, Inc., v. Affiliated Foods Midwest Cooperative, Inc,* is reassigned to Senior Judge Joseph F. Bataillon for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 2nd day of November, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge