IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., a Nebraska corporation, and ASSOCIATED WHOLESALE GROCERS, INC., | ) ) ) ) ) | 8:16CV465 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| SUPERVALU INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| BOROWIAK IGA FOODLINER, INC., | ) ) | |
| Plaintiff/Counter Defendant, | ) ) | 8:16CV466 |
| v. | ) ) | ORDER |
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., and ASSOCIATED WHOLESALE GROCERS, INC., | ) ) ) ) ) ) | |
| Defendants/Third-Party Plaintiffs/Counter Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| TREVOR BOROWIAK, | ) ) ) | |
| Third Party Defendant. | | |

This matter is before the court on Borowiak IGA Foodliner, Inc.'s Motion for Extension of Time to File a Rule 26(f) Report (Filing No. 25 in Case No. 8:16cv466).   In

1

light of the pending Motion to Consolidate the above captioned cases, the court finds it is appropriate to continue the deadline for the parties to meet and confer and provide a joint report pursuant to Fed. R. Civ. P. 26(f) in both cases until after the motion is resolved. Accordingly,

**IT IS ORDERED**:

1. Borowiak IGA's Motion for Extension of Time to File a Rule 26(f) Report (Filing No. 25 in Case No. 8:16cv466) is granted;

2. The Rule 26 Meeting Report Deadline is canceled in case numbers 8:16cv465 and 8:16cv466.   The court will reset the deadline upon resolution of the pending Motion to Consolidate.

**DATED:   January 5, 2016.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**