IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., a Nebraska corporation; and ASSOCIATED WHOLESALE GROCERS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERVALU INC., a Delaware corporation;<br><br>Defendant. | 8:16CV465<br>MEMBER CASE<br><br>ORDER |
| BOROWIAK IGA FOODLINER, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AFFILIATED FOODS MIDWEST COOPERATIVE, INC., and ASSOCIATED WHOLESALE GROCERS, INC.,<br><br>Defendants, Counterclaimants, and Third-Party Defendants,<br><br>vs.<br><br>TREVOR BOROWIAK,<br><br>Third-Party Defendant. | 8:16CV466<br>LEAD CASE<br><br>ORDER |

This matter is before the Court following the telephonic discovery conference held on **December 11, 2017, at 10:30 a.m.**, in the Lead Case, Case No. 8:16cv466. Bartholomew L. McLeay and Suzanne M. Shehan appeared on behalf of Plaintiff, Borowiak IGA Foodliner, Inc. ("Borowiak"). John K. Power and Adam J. Hoskins appeared on behalf of Defendants, Affiliated Foods Midwest Cooperative, and Associated Wholesale Grocers, Inc. ("AFM/AWG"). The Court discussed the production issues raised by Borowiak in its Motion to Compel and related filings (Filing Nos. 86, 87 and 88), and addressed by AFM/AWG in its Response and

1

related filing (Filing Nos. 89 and 90), as well as other housekeeping matters. In accordance with the Court's discussion and the parties' representations during the conference,

**IT IS ORDERED:**

1. Borowiak's Motion to Compel ([Filing No. 86](#)), is granted, in part, in accordance with the parties' agreements and the Court's direction as discussed during the telephonic conference. The parties' supplemental production of documents shall take place on or before December 22, 2017.

2. Per the parties' stipulation, the deadline for each defendant, counter-defendant, and cross-defendant to identify expert witnesses and serve expert reports is extended to **December 18, 2017**. If necessary to refute the disclosed opinions of an expert witness of an opponent, a plaintiff, counter-claimant, or cross-claimant may disclose additional expert witnesses not later than **January 19, 2018**,

Dated this 11th day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge