IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., a Nebraska corporation; and ASSOCIATED WHOLESALE GROCERS, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SUPERVALU INC., a Delaware corporation;<br><br>    Defendant. | **8:16CV465<br>MEMBER CASE**<br><br>**ORDER** |
| BOROWIAK IGA FOODLINER, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>AFFILIATED FOODS MIDWEST COOPERATIVE, INC., and ASSOCIATED WHOLESALE GROCERS, INC.,<br><br>    Defendants, Counterclaimants, and Third-Party Defendants,<br><br>vs.<br><br>TREVOR BOROWIAK,<br><br>    Third-Party Defendant. | **8:16CV466<br>LEAD CASE**<br><br>**ORDER** |

This matter is before the Court on the Motion to Quash Corporate Representative Deposition of Associated Wholesale Grocers (Filing No. 220 in Lead Case; Filing No. 232 in Member Case). The parties submitted a Stipulation by email to the undersigned magistrate judge regarding the Motion to Quash. In accordance with the parties' stipulation,

**IT IS ORDERED:**

1. AFM/AWG's Motion to Quash Corporate Representative Deposition of Associated Wholesale Grocers (Filing No. 220 in Lead Case; Filing No. 232 in Member Case) is denied as moot;

2.  The Rule 30(b)(6) deposition of AWG shall take place on November 15, 2018. Counsel for Borowiak IGA Foodliner, Inc. may appear at such deposition by telephone.

3.  The deadline for parties to file Motions to Dismiss and/or Motions for Summary Judgment is extended to November 21, 2018.

Dated this 8th day of November, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge
