IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., a Nebraska corporation; and ASSOCIATED WHOLESALE GROCERS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERVALU INC., a Delaware corporation;<br><br>Defendant. | **8:16CV465**<br>**MEMBER CASE**<br><br>**ORDER** |
| BOROWIAK IGA FOODLINER, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AFFILIATED FOODS MIDWEST COOPERATIVE, INC., and ASSOCIATED WHOLESALE GROCERS, INC.,<br><br>Defendants, Counterclaimants, and Third-Party Defendants,<br><br>vs.<br><br>TREVOR BOROWIAK,<br><br>Third-Party Defendant. | **8:16CV466**<br>**LEAD CASE**<br><br>**ORDER** |

The parties have jointly agreed to extensions of briefing deadlines for the pending motions in these consolidated cases. In accordance with the parties' agreement,

**IT IS ORDERED**:

1. As to Supervalu's Motion in Limine to Exclude the Expert Testimony of Robert Graybill (Filing No. 240 in the Lead Case; Filing No. 253 in the Member Case):
    a. AFM/AWG's brief opposing the motion is due **January 4, 2019**.
    b. Supervalu may file a reply brief on or before **January 11, 2019**.

2. As to Supervalu's Motion for Summary Judgment (Filing No. 237 in the Lead Case; Filing No. 250 in the Member Case):
    a. AFM/AWG's brief opposing the motion is due **January 11, 2019.**
    b. Supervalu may file a reply brief on or before **January 18, 2019**.

3. As to AWF/AWG's Motion for Summary Judgment (Filing No. 245 in the Lead Case), AFM/AWG may file a reply brief on or before **January 18, 2019.**

4. As to AFM/AWG's Statement of Objections to the Magistrate Judge's November 27, 2018, Order (Filing No. 259 in the Lead Case; Filing No. 258 in the Member Case), Borowiak IGA may file an opposing brief on or before **January 11, 2019.**

Dated this 18th day of December, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge