IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., a Nebraska corporation; and ASSOCIATED WHOLESALE GROCERS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SUPERVALU INC., a Delaware corporation; <br><br> Defendant. <br><br> BOROWIAK IGA FOODLINER, INC., <br><br> Intervenor-Defendant | 8:16CV465 <br><br> **JUDGMENT** |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 315),

IT IS ORDERED, ADJUDGED AND DECREED that all claims between the parties herein are dismissed with prejudice, the parties to pay their own costs and attorney fees.

March 27, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge