IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| AFFILIATED FOODS MIDWEST COOPERATIVE, INC., ASSOCIATED WHOLESALE GROCERS, INC. | ) ) ) ) | Case No. 8:16cv465 |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER TO DESTROY** |
| vs. | ) ) ) | |
| SUPERVALU INC. | ) ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on April 17, 2019 that they wish the following exhibits held by the court in this matter be destroyed.

Plaintiff's Exhibit #1 from motion hearing held 10/14/2016

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: April 18, 2019

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge